PROB 12C
(6/16)

Report Date:  December 19, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 20, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lazaro Tomas Pesina          Case Number: 0980 2:14CR00124-TOR-5

Address of Offender: ███████████████ Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 1, 2016

| | |
|---|---|
| Original Offense: | Interstate Transportation in Aid of Racketeering, 18 U.S.C. § 1952(a)(2) |
| Original Sentence: | Prison - 144 months  TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Brian M. Donovan |
| | Date Supervision Commenced: February 1, 2024 |
| Defense Attorney: | John C. Perry |
| | Date Supervision Expires: January 31, 2029 |

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on December 4, 2024.

On February 1, 2024, the offender's conditions of supervised release were reviewed by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #15**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 15 by ingesting a controlled substance, methamphetamine, on or about December 16, 2024.

On December 16, 2024, Mr. Pesina submitted a urine specimen at the U.S. Probation Office that was presumptive positive for methamphetamine.  At that time, he signed an admission form acknowledging use of said substance.  It should be noted, the above-referenced specimen appeared to be dilute.

Prob12C

**Re: Pesina, Lazaro Tomas**
**December 19, 2024**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | December 19, 2024 |
| | s/Lori Cross |
| | Lori Cross<br>U.S. Probation Officer |

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

December 20, 2024

Date