PROB 12C
(6/16)

Report Date: January 10, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 14, 2025

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Lazaro Tomas Pesina | Case Number: 0980 2:14CR00124-TOR-5 |
| Address of Offender: ███████████████, Spokane, Washington 99205 | |

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 1, 2016

| | |
|---|---|
| Original Offense: | Interstate Transportation in Aid of Racketeering, 18 U.S.C. § 1952(a)(2) |
| Original Sentence: | Prison - 144 months<br>TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire |
| | Date Supervision Commenced: February 1, 2024 |
| Defense Attorney: | Joel Anand Baumann |
| | Date Supervision Expires: January 31, 2029 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on December 4, and December 19, 2024.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #15**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 15, by ingesting controlled substances, amphetamine, methamphetamine, fentanyl, MDMA and MDA, on or about December 20, 2024.<br><br>On December 20, 2024, Mr. Pesina submitted a urine specimen at Pioneer Human Services (PHS) that returned presumptive positive for amphetamine, cocaine and fentanyl.  At that time, the offender signed an admission form; however, when later questioned by the probation officer, he admitted to only using methamphetamine.  The urine specimen was thereafter sent to the national laboratory for further testing and it was confirmed positive for amphetamine, methamphetamine, fentanyl, MDMA and MDA. |

Prob12C
Re: Pesina, Lazaro Tomas
January 10, 2025
Page 2

      8      **Special Condition #19**: You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

**Supporting Evidence**: The offender is alleged to have violated special condition number 19, by failing to attend his scheduled mental health evaluation on January 3, 2025.

On January 3, 2025, this officer received email correspondence from PHS indicating the offender failed to report for his mental health evaluation scheduled on that same date. Given his current participation in inpatient services, he has been directed to reschedule the appointment once he completes inpatient treatment.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 10, 2025

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[X]    Other : *The Revocation hearing scheduled for 1/23/2025 remains set.*

Thomas O. Rice
United States District Judge

January 14, 2025
Date